# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cr-00207 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| ARTURO JESUS HERRERA (1), § | |
| § | |
| *Defendant.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 21, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #56) that Defendant Arturo Jesus Herrera's Motion to Change Venue (Dkt. #51) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Arturo Jesus Herrera's Motion to Change Venue (Dkt. #51) is hereby **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 11th day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE